1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDER POPARIC, ) | CASE NO. CV 07-04209 MMM (JLRx) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT FOR PLAINTIFF |
| ) | |
| ) | |
| MINKA'S GRILL, a business entity of ) | |
| unknown origin; SILVIJO JAKUS, an ) | |
| individual; and DOES 1-20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On June 27, 2007, Aleksander Poparic ("plaintiff") filed a copyright infringement action against Minka's Grill and its owner and proprietor, Silvijo Jakus (collectively "defendants"). Defendants did not answer or otherwise respond, and the clerk entered their defaults on March 26, 2008.  Thereafter, plaintiff moved for the entry of default judgment against both defendants. In an order dated June 25, 2009, the court granted plaintiff's motion for default judgment and injunctive relief.  Accordingly,

IT IS ORDERED AND ADJUDGED that

1.      Plaintiff Aleksander Poparic shall recover from defendants Minka's Grill and Silvijo Jakus, jointly and severally, statutory damages of $30,000 for copyright infringement, as well as $3,568.75 in attorneys' fees and $550.00 in costs pursuant to 17 U.S.C. § 505.  Plaintiff shall also recover post-

judgment interest at a rate of **0.51%**.

2.    Defendants Minka's and Jakus, their officers, servants, employees, owners and attorneys, and all those in active concert or participation with them (collectively, the "Enjoined Parties") are permanently restrained and enjoined from:

A.    Reproducing any of the following motion pictures ("Copyrighted Works") in any format, including, but not limited to, digital video discs ("DVDs"), VHS recordings, compact discs ("CDs") or film:

| Copyrighted Work | Registration No. |
| --- | --- |
| Drugi Covek | 1-292-396 |
| Dnevnik Uvreda | 1-292-397 |
| Plasticni Isus | 1-292-398 |
| Varljivo Leto 68 | 1-292-399 |
| Virdzina | 1-292-400 |
| Tri Karte Za Holivud | 1-292-401 |
| Suton | 1-292-402 |
| Boj Na Kosovu | 1-292-403 |
| Maratonci Trce Pocasni Krug | 1-292-406 |
| Miris Poljskog Cveca | 1-292-407 |
| Nacionalna Klasa | 1-292-408 |
| Neka Druga Zena | 1-292-409 |
| Nesto Izmeoju | 1-292-410 |
| Ambasador Je Ubijen U Stokholmu | 1-292-411 |
| I Bog Stvori Kafansku Pevacicu | 1-292-412 |
| Bosko Buha | 1-292-413 |
| Brat Doktora Homera | 1-292-414 |

2

| | | |
|---|---|---|
| 1 | Budenje Pacova | 1-292-415 |
| 2 | Crevno Usijanje | 1-292-416 |
| 3 | Cuvar Plaze U Zimskom Periodu | 1-292-417 |
| 4 | Davitelj Protiv Davitelja | 1-292-418 |
| 5 | DB Zatvara Krug | 1-292-419 |
| 6 | Decak I Violina | 1-292-420 |
| 7 | Devojacki Most | 1-292-421 |
| 8 | Devojka Sa Kosmaja | 1-292-422 |
| 9 | Hasanaginica | 1-292-423 |
| 10 | Idemo Dalje | 1-292-424 |
| 11 | Igmanski Mars | 1-292-425 |
| 12 | Kad Budem Mrtav I Beo | 1-292-426 |
| 13 | Kisa | 1-292-427 |
| 14 | Ko To Tamo Peva | 1-292-428 |
| 15 | Koraci Kroz Maglu | 1-292-429 |
| 16 | Krava Bajka | 1-292-430 |
| 17 | Kosava | 1-292-430 |
| 18 | Lager Nis | 1-292-432 |
| 19 | Leptirov Oblak | 1-292-433 |
| 20 | Noz | 1-292-434 |
| 21 | Opasan Trag | 1-292-435 |
| 22 | Operacija Beograd | 1-292-436 |
| 23 | O Pokojniku Sve Najlepse | 1-292-437 |
| 24 | Pas Koji Je Voleo Vozove | 1-292-438 |
| 25 | Pavle Pavlovic | 1-292-439 |
| 26 | Petrijin Venac | 1-292-440 |
| 27 | | |
| 28 | | |

3

| | | |
|---|---|---|
| 1 | Paviljon VI | 1-292-441 |
| 2 | Poseban Tretman | 1-292-442 |
| 3 | Poslednja Oaza | 1-292-443 |
| 4 | Protiv Kinga | 1-292-444 |
| 5 | Pusti Snovi | 1-292-445 |
| 6 | Sarajevski Atentat | 1-292-446 |
| 7 | Silom Otac | 1-292-447 |
| 8 | Siroma Sam Al Sam Besan | 1-292-448 |
| 9 | Specijalno Vaspitanje | 1-292-449 |
| 10 | Suncokreti | 1-292-450 |
| 11 | Svet Koji Nestaje | 1-292-451 |
| 12 | Tajvanska Kanasta | 1-292-452 |
| 13 | Vuk Sa Prokletija | 1-292-453 |
| 14 | Zaseda | 1-292-454 |
| 15 | Zemaljski Dani Teku | 1-292-455 |
| 16 | Zuta | 1-292-456 |
| 17 | Divlje Senke | 1-293-750 |
| 18 | Za Sada Bez Dobrog Naslova | 1-293-751 |
| 19 | Dervis I Smrt | 1-293-752 |
| 20 | Nemirni | 1-293-753 |
| 21 | Poslednja Trka | 1-293-754 |
| 22 | Dani Od Snova | 1-293-755 |
| 23 | Opklada | 1-293-756 |
| 24 | Erogena Zona | 1-296-907 |

25    B.    Preparing derivative works based upon the Copyrighted Works;

26    C.    Distributing to the public, by the sale, either at wholesale or retail,

27

28

4

or other transfer of ownership, with or without consideration, or by rental, lease or lending, DVD, VHS, CD, film or recordings in other formats that contain the Copyrighted Works, or other tangible objects that are substantially similar to said Copyrighted Works;

D.   Representing by words or conduct that any goods or services offered for sale, promoted, advertised, or provided by the Enjoined Parties are authorized, sponsored, endorsed by, or otherwise connected with plaintiff Aleksander Poparic, unless plaintiff has given such authorization, sponsorship, or endorsement to the Enjoined Parties;

E.   Publicly displaying the Copyrighted Works;

F.   Authorizing others to do any of the above acts.

DATED: June 25, 2009

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

5